IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED,<br><br>    *Plaintiff*,<br><br>v.<br><br>YOUTUBE LLC, GOOGLE LLC, and ALPHABET, INC.,<br><br>    *Defendants*. | Case No. 1:25-cv-01095-ADA |

DEFENDANTS' NOTICE OF APPEAL

Defendants YouTube LLC, Google LLC, and Alphabet Inc. (collectively, "Defendants") gives notice of their appeal of the Order Denying Defendants' Motion to Transfer (Dkt. 48) entered in the above-styled and numbered case on November 13, 2025. The appeal will be to the United States Court of Appeals for the Fifth Circuit.

Dated: December 1, 2025

Respectfully submitted,

**SCOTT DOUGLASS & MCCONNICO LLP**

_____
Steven J. Wingard
Texas Bar No. 00788694
Robyn Hargrove
Texas Bar No. 24031859
Eli Barrish
Texas Bar No. 24144433
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 474-0731
swingard@scottdoug.com
rhargrove@scottdoug.com
ebarrish@scottdoug.com

**COOLEY LLP**

*/s/ Jonathan Patchen*
Jonathan Patchen (admitted *pro hac vice*)
Michael A. Rome (admitted *pro hac vice*)
Anika Holland (*pro hac vice* pending)
Madeleine R. Ahlers (admitted *pro hac vice*)

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
jpatchen@cooley.com
mrome@cooley.com
anika.holland@cooley.com
mahlers@cooley.com

*Attorneys for Defendants YouTube LLC, Google LLC, and Alphabet, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served upon counsel via the CM/ECF electronic noticing system, email, certified mail, return receipt requested, or US mail, on this the 1st day of December, 2025.

_____
Robyn Hargrove

4907-5025-1389