# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 20, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-51004    Defense Distributed v. Youtube
                 USDC No. 1:25-CV-1095

Enclosed is an order entered in this case.


    Sincerely,

    LYLE W. CAYCE, Clerk

    *Lisa E. Ferrara*

    By: _____
    Lisa E. Ferrara, Deputy Clerk
    504-310-7675

Ms. Madeleine Ahlers
Mr. Elijah Barton Barrish
Mr. Chad Flores
Ms. Robyn Bigelow Hargrove
Ms. Anika Holland
Mr. Jonathan Alan Patchen
Mr. Michael Rome
Ms. Connie Lu Wang
Mr. Steven James Wingard