United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 20, 2026
Lyle W. Cayce
Clerk

No. 25-51004

Defense Distributed,

                      *Plaintiff—Appellee*,

*versus*

YouTube, L.L.C.; Google, L.L.C.; Alphabet, Incorporated,

                      *Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-1095

_____

UNPUBLISHED ORDER

Before Smith, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellee's opposed motion to dismiss the appeal for lack of jurisdiction is GRANTED.[1]

---

[1] Appellant claims that a motion for mandamus would be proper but the document before this court states only "Notice of Appeal," so we need not address the mandamus issue.